UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VAMSIDHAR VURIMINDI** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:19-0007 |
| v. | : | (JUDGE MANNION) |
| **CRAIG LOWE,** | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Vurimindi's petition for writ of habeas corpus (Doc. 1) and motion to amend petition (Doc. 14) are **DENIED.**

2. Petitioner's motion to compel ICE to bring Petitioner back to Pike County Correctional Facility and provide him access to Pennsylvania case law (Doc. 22) is **DENIED.**

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 13, 2020**
19-0007-01-ORDER